IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | |
| **JOSEPH LAFORTE** | : | **NO. 20-231** |

**O R D E R**

AND NOW, TO WIT, this         day of         2024, it is hereby

ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted.

**BY THE COURT:**


_____
J.

### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **JOSEPH LAFORTE** | : | **NO. 20-231** |

### DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant, JOSEPH LAFORTE, by his attorneys, BRIAN J. MCMONAGLE , petitions this Honorable Court to continue his trial and states in support thereof the following:

1. The defendant is scheduled for trial on April 29, 2024.

2. On June 23, 2023 the defendant was indicted by a grand jury in the Eastern District of Pennsylvania in a separate complex case. The trial in that matter was set for April of 2024.

3. On March 21, 2024, a Superseding Indictment was returned against the defendant and a trial is now scheduled on October 8, 2024.

4. Both the Defendant and the Government agree that it is in the interests of justice to continue the instant case with the full expectation that the parties expect to resolve this case without a trial.

5.   The government does not oppose the motion.

6.   WHEREFORE, we respectfully request that a new trial date be assigned that is acceptable to the Court and the Government.

**Respectfully submitted,**

**s/BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, ESQUIRE**
**1845 Walnut Street**
**19th Floor**
**Philadelphia, PA 19103**
**bmcmonagle@mpmpc.com**

*Attorney for Defendant Joseph LaForte*

## CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Trial has been served electronically filed.

s/ BRIAN J. MCMONAGLE
**BRIAN J. MCMONAGLE, Esquire**
**Attorney for defendant**
**1845 Walnut Street**
**Philadelphia, PA 19103**
**(215) 981-0999**

**DATED: March 27, 2024**